FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2020 JUL 22  AM II: 12

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES OF AMERICA

v.

CARLOS DAVID MATOS LEBRON
AMBER ALEXANDER

CASE NO.  3:20-cr-100 -J-39 JBT
21 U.S.C. § 846
21 U.S.C. § 841

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From in or about December 2019 and continuing through on or about May 29, 2020, in the Middle District of Florida, the defendants,

CARLOS DAVID MATOS LEBRON,
AMBER ALEXANDER,

did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute a controlled substance.

With respect to CARLOS DAVID MATOS LEBRON and AMBER ALEXANDER, the violation involved 50 grams or more of actual methamphetamine, a Schedule II controlled substance and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. § 846.

## COUNT TWO

On or about February 28, 2020, in the Middle District of Florida, the defendants,

CARLOS DAVID MATOS LEBRON,
AMBER ALEXANDER,

aiding and abetting each other, did knowingly and intentionally distribute a controlled substance.

With respect to CARLOS DAVID MATOS LEBRON and AMBER ALEXANDER, the violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. § 841(a)(1).

## COUNT THREE

On or about March 10, 2020, in the Middle District of Florida, the defendants,

CARLOS DAVID MATOS LEBRON,
AMBER ALEXANDER,

aiding and abetting each other, did knowingly and intentionally distribute a controlled substance.

With respect to CARLOS DAVID MATOS LEBRON and AMBER ALEXANDER, the violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE

1.      The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.      Upon conviction of a violation of 21 U.S.C. §§ 841 and 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and

3

any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.     If any of the property described above, as a result of any acts or omissions of the defendants:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant
to 21 U.S.C. § 853(p).

A TRUE BILL,

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: 

Beatriz Gonzalez
Assistant United States Attorney

By: 

Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
7/6/20 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CARLOS DAVID MATOS LEBRON
AMBER ALEXANDER

## INDICTMENT

Violations:   Ct. 1:      21 U.S.C. § 846
              Cts. 2-3:   21 U.S.C. § 841(a)(1)

A true bill,

_____
                     Foreperson

Filed in open court this _22nd_ day

of July, 2020.

_____
                     Clerk

Bail   $_____